### CUMMINGS *v.* THE STATE.

</div>

FISH, J.   Though the State's evidence very strongly and conclusively tended to establish the fact that tracks seen near the place of the crime, and which must have been made on the night it was committed, corresponded in minute particulars with shoes belonging to the accused, this, without more, was not sufficient to show; to the exclusion of every other reasonable hypothesis, that he committed the crime.            *Judgment reversed.   All the Justices concurring.*

<div align="center">Argued December 18, 1899. — Decided January 25, 1900.</div>

Indictment for burglary.   Before Judge Bennet.   Camden superior court.   October term, 1899.

*Alexander A. Lawrence,* for plaintiff in error.
*John W. Bennett, solicitor-general,* contra.